

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
KIMBERLY SOKOLICH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: Kimberly.Sokolich@usdoj.gov

*Representing the United States of America*

FILED.

DATED: 4:06 pm, February 05, 2021

U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00139-DJA |
| Plaintiff, | |
| v. | APPLICATION TO SEAL |
| KEION JOE'L CHERRY, | (under seal) |
| Defendant. | |

  COMES NOW the United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Kimberly Sokolich, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint, together with the Court's Arrest Warrant, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

  According to Title 18, United States Code, Section 3103a(b)(1) the court may delay any notice required, or that may be required, if there is reasonable cause to believe that providing immediate notification of the execution of the arrest warrant may have an adverse

1

result. In this case, such an order would be appropriate because the Complaint relates to an ongoing criminal investigation into violations of Title 18 U.S.C. §1361– Depredation Against Federal Property of the United States; where the subject of the Complaint, Keion Cherry, is currently at large. This offense occurred on May 30, 2020, and agents were unable to locate Cherry for several months after the offense. Disclosure of the Complaint, including the existence of warrant, will jeopardize the investigation, including by alerting the target to the warrant and giving him an opportunity to flee or continue flight from prosecution.

For the reasons stated above and to protect the integrity of an ongoing investigation, it is requested that the Complaint and Arrest Warrant documents are sealed.

DATED this 5th day of February, 2021.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney


_____
KIMBERLY SOKOLICH
Assistant United States Attorney

FILED.
DATED: 4:06 pm, February 05, 2021
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

KIEON JOE'L CHERRY,

        Defendant.

Case No. 2:21-mj-00139-DJA

SEALING ORDER

(under seal)

Based on the pending Application of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint and Arrest Warrant, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this __5th__ day of February, 2021.

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3